2951.  SCHMIDT & Co. *v.* MORRISON.

RUSSELL, J.  1. Amendable defects in pleadings, not objected to in the trial court, can not be taken advantage of in this court.
2. The controlling issue in this case was one of fact, which was fairly submitted by the trial judge to the jury.        *Judgment affirmed.*
                       DECIDED SEPTEMBER 11, 1911.

Claim—appeal; from Montgomery superior court—Judge Martin.  July 23, 1910.

*Jones & Sparks, A. C. Saffold, Hines & Jordan,* for plaintiffs in error.

*J. B. Geiger,* contra.